# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| GU10 | E1295624 | Aguins, Neil | NA 0490 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 05/23/2025 0610 | Title 18 USC 641 |

Place of Offense

Building 4430, Polaris Point Guam

Offense Description: Factual Basis for Charge — HAZMAT ☐

Title 18 USC 641
Theft of Government Property
$1,000 or Less

### DEFENDANT INFORMATION
Phone (71) 489- 2256

Last Name: Koppus    J    E

Street Address: ████████

APPEARANCE IS REQUIRED

A. ☑ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B. ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address: United States District Court District of Guam 4th Floor US Courthouse 520 West Soledad Avenue Hagatna Guam 96910 | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1295624*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 01**, 20 **25** while exercising my duties as a law enforcement officer in the _____ District of _____

See attached Probable Cause Statement

The foregoing statement is based upon:

☐ my personal observation  ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **08/01/2025**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/04/2025 17:1