# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: CR-25-00066          DATE: November 04, 2025

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding

Law Clerk: None Present          Court Recorder: Kasteen Arceo

Courtroom Deputy: Walter M. Tenorio          Hearing Times: 9:19 - 9:20

**APPEARANCES:**

Defendant: J E Kappus          Attorney: Nicole Breazeale

☑Present ☐Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☑FPD ☐CJA

U.S. Attorney: Benjamin Petersburg          U.S. Agent:

U.S. Probation: None Present

Interpreter:          Language:

**PROCEEDINGS: Initial Appearance re Citation No. E1295624**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Government requested for a continuance to gather discovery from the issuing agency. Granted.
- Answering re Citation No. E1295624 is set for December 16, 2024 at 9:30 a.m.

NOTES: