# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## INITIAL APPEARANCE

CASE NO.: PO-25-00066                    DATE: December 16, 2025

HON. MICHAEL J. BORDALLO, Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori              Court Recorder: FTR (Kasteen B.M. Arceo)
Courtroom Deputy: Francine A. Diaz        Hearing Times: 9:15-9:17

**APPEARANCES:**

Defendant: J. Edmund Koppus               Attorney: Nicole Breazeale
☑Present ☐Custody ☐Bond ☑P.R.            ☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Benjamin Petersburg                              U.S. Agent:
U.S. Probation: None Present
Interpreter:                                                    Language:

**PROCEEDINGS: Answering for CVB Citation No. E1295624**

- Proceedings continued to March 3, 2026 at 9:30 a.m.

NOTES: