SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | PETTY OFFENSE CASE NO. 25-00066 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO DISMISS CVB CITATION** |
| J. EDMOND KAPPUS, | |
| Defendant. | |

COMES NOW, Plaintiff United States of America, by and through its undersigned counsel, and hereby moves that CVB Citation No. E1295624 in the above case against J. EDMOND KAPPUS, be dismissed without prejudice in the interest of justice.

RESPECTFULLY SUBMITTED this 2nd day of February, 2026.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and the NMI

By: _/s/ Benjamin K. Petersburg_____
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney