SHAWN N. ANDERSON
United States Attorney
BENJAMIN K. PETERSBURG
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | PETTY OFFENSE CASE NO. 25-00066 |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO DISMISS CVB CITATION** |
| J. EDMOND KAPPUS, | |
| Defendant. | |

The court, having reviewed Plaintiff United States of America's Motion to Dismiss CVB Citation, ECF No. 6, finds good cause and **GRANTS** the Motion.

**IT IS HEREBY ORDERED** that CVB Citation No. E1295624 and this case are dismissed without prejudice.

**SO ORDERED.**

/s/ **Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Feb 05, 2026**